```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-20539-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                               **O R D E R**

INDIRA MARTELL,

      Defendant.

_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 82) filed herein by United States Magistrate Judge Patrick M. Hunt. No Objections to said Report have been filed. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation (DE 82) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted and ratified by the Court;

    2. Consistent with the terms of the Report and Recommendation (DE 82), Defendant Indira Martell's Verified Motion To Deny Writ Of Execution (DE 73) be and the same is hereby **DENIED**; and

    3. Consistent with the terms of the Report and Recommendation (DE 82), the Stay (DE 76) previously imposed by Magistrate Judge Hunt be and the same is hereby **LIFTED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___27th___ day of June, 2016.


                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record